UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANYELL MCGEE,

                Plaintiff,

v.                                                Case No. 16-cv-1682-pp

NICK PREY,

                Defendant.

## ORDER DIRECTING PLAINTIFF TO RESPOND TO THE DEFENDANT'S SUMMARY JUDGMENT MOTION BY THE END OF THE DAY ON AUGUST 3, 2018

        The defendant filed a motion for summary judgment on June 7, 2018, and attached a certificate showing that he served it on the plaintiff through the electronic filing program on that same day. Dkt. Nos. 30, 34. Civil Local Rule 56(b)(2) required the plaintiff to file a response to that motion within thirty days of service; that means the plaintiff's response was due July 7, 2018. As of today, the plaintiff has not responded. He also has not communicated with the court to explain why he has not responded.

        If the plaintiff opposes the defendant's motion for summary judgment, he has to file an opposition brief. The court will require him to file that brief in time for the court to receive it by the end of the day on **Friday, August 3, 2018**. If the plaintiff cannot file an opposition brief by that time, he may ask the court to extend the August 3, 2018 deadline, as long as the court receives that request *before* August 3, 2018.

If the court does not receive an opposition brief, or a request to extend the deadline, from the plaintiff by the end of the day on August 3, 2018, it will decide the defendant's motion without any input from the plaintiff; if the court grants the motion, it will grant judgment in favor of the defendant, and will dismiss the plaintiff's case.

The court **ORDERS** that if the plaintiff wishes to oppose the defendant's motion for summary judgment, he shall file his opposition brief in time for the court to receive it by the end of the day on **Friday, August 3, 2018.**

Dated in Milwaukee, Wisconsin this 19th day of July 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**